**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

(Other Civil)

Kevin A. Jacobson
Joyce A. Jacobson,

Plaintiff

vs.

Blatt, Hasenmiller, Leibsker and Moore, an Illinois Partnership and Household Credit Services, Inc., a Delaware Corporation,

Defendants

CV 01-647 DSD/SRN

**ORDER OF DISMISSAL OF ACTION**

Whereas the parties have reached a settlement of this matter and no answers or other responsible pleading has been filed by the Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1). Plaintiff requests that the above-captioned case against all parties be dismissed with prejudice.

IT IS THEREFORE ORDERED, that this case be dismissed with prejudice.

Dated: 7/27/01

Everhart Law Office, LTD
Robert J. Everhart #180671
Attorney for Plaintiff
P.O. Box 120534
New Brighton, MN 55112
651-636-9212

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 7/31/01

David S. Doty
UNITED STATES DISTRICT JUDGE

FILED 7-31-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 7-31-01
Deputy Clerk's Initials

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500